# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7125 ODW(SSx) | Date | November 29, 2010 |
|---|---|---|---|
| Title | Alexander Andrew Inc. v. PenSafe Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** Order to Show Cause re Case Settlement; Order Vacating Jury Trial, Related Pretrial Hearings and Filing Deadlines

The Court is in receipt of the Notice of Settlement [14] filed November 19, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, January 3, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial scheduled for January 18, 2011 at 9:00 a.m., as well as all other pretrial hearing dates and filing deadlines, are hereby VACATED.

IT IS SO ORDERED.

: 00

Initials of Preparer  RGN