UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7125 ODW (SS) | Date | January 3, 2011 |
|---|---|---|---|
| Title | *Alexander Andrew Inc. v. PenSafe Inc. et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR**

On November 29, 2010, Plaintiff filed a notice of settlement, which indicated that settlement would likely be finalized within thirty days. Accordingly, the Parties were scheduled for an Order to Show Cause hearing regarding the purported settlement agreement on January 3, 2011 at 1:30 p.m. The Parties have failed to appear. As such, Plaintiffs and Defendant are **ordered to show cause** in writing on or before **Monday, January 10, 2011** why sanctions should not issue for respond to the Court's Order to Show Cause [15].

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |